UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ANDREW T. WHITCOMB,

    Plaintiff,

v.                                              Case No. 25-CV-113

MARCO P. STEPHENSON, *et al.*,

    Defendants.

## ORDER

On August 25, 2025, the defendants filed a motion for partial summary judgment on the ground that *pro se* plaintiff Andrew T. Whitcomb failed to exhaust his administrative remedies as to the failure-to-protect claim against defendant Michael S. Lueneburg. (ECF No. 21.) The court issued a Notice and Order on August 26, 2025 giving Whitcomb until September 25, 2025, to file a response. (ECF No. 28.) On September 11, 2025, Whitcomb filed a motion for extension of time to file a response to the defendants' partial motion for summary judgment on exhaustion grounds. (ECF No. 29.) The court, via text only order, granted the motion, giving Whitcomb until December 29, 2025, to file a response.

The December 29, 2025 deadline has passed, and Whitcomb still has not filed a response. As such, the court will construe the defendant's motion for partial summary judgment on exhaustion grounds as unopposed. The court has reviewed the defendants' motion, brief in support, and the undisputed facts, *see* Fed. R. Civ. P.

56(e)(2), and concludes that Lueneburg is entitled to summary judgment on the grounds that Whitcomb failed to exhaust his administrative remedies. Specifically, Whitcomb did not file a grievance concerning Lueneburg's actions.

Accordingly, the defendants' motion is granted. The failure-to-protect claim against Lueneburg is dismissed without prejudice. *See Chambers v. Sood*, 959 F.3d 979, 984 (7th Cir. 2020). Because there are no other claims against Lueneburg, he is dismissed. The court will issue an amended scheduling order at a later date.

**IT IS THEREFORE ORDERED** that the defendants' motion for partial summary judgment on exhaustion grounds (ECF No. 21) is **GRANTED**.

**IT IS FURTHER ORDERED** that Michael S. Lueneburg is **DISMISSED without prejudice**.

Dated in Milwaukee, Wisconsin this 9th day of February, 2026.

STEPHEN DRIES
United States Magistrate Judge